**JUDGMENT IN A CIVIL CASE**

LEO F. MARTIN,

    Plaintiff,

**V.**  Case No. 06-3167-CV-S-JTM-SSA

MICHAEL J. ASTRUE,

    Defendant.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that the decision of the Commissioner is affirmed.
        (Date of Order: March 19, 2007.)

        P. L. BRUNE
        CLERK OF COURT

        /s/ *Bonnie J. Rowland*
        (By) Deputy Clerk